UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
LAFAYETTE DIVISION

| | |
|---|---|
| DAVID GOODRICH, | ) |
| | ) |
| PLAINTIFF, | ) |
| | ) |
| v. | ) CASE NO: 4:20-CV-00098-JTM-APR |
| | ) |
| QUEEST GLOBAL SERVICES-NA, INC., | ) |
| | ) |
| DEFENDANT. | ) |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Under Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties hereby stipulate to the dismissal of this matter, with prejudice, with each party bearings its own costs and fees.

Respectfully submitted,

| | |
|---|---|
| /s/ Jason R. Ramsland | /s/ Anthony P. McNamara |
| Jason Ramsland, #29443-29 | Eric S. Clark |
| Ramsland Law | Anthony J. Hornbach |
| 8520 Allison Pointe Blvd Ste 223 | Anthony P. McNamara |
| PMB 65298 | THOMPSON HINE LLP |
| Indianapolis, Indiana 46250-4299 | 312 Walnut Street, Suite 1400 |
| Phone: 765.267.1240 | Cincinnati, Ohio 45202 |
| jason@rams.land | Phone: (513) 352-6700 |
| | Fax: (513) 241-4771 |
| Attorney for Plaintiff | Eric.Clark@ThompsonHine.com |
| | Tony.Hornbach@ThompsonHine.com |
| | Anthony.McNamara@ThompsonHine.com |
| | |
| | Attorneys for Defendant |